X RAYED

RECEIVED
JUL 10 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Visit **ups.com** for details on our privacy practices.

ORIGIN ID:HSVA
KEITH ALEXANDER
7415 NATURE WALK WAY SE

OWENS CROSS ROADS, AL 35763
UNITED STATES US

SHIP DATE: 09JUL26
ACTWGT: 1.00 LB
CAD: 30860009/INET14762

BILL CREDIT CARD

TO OFFICE OF THE CLERK
U.S. DISTRICT COURT, N.D. OF MS
911 JACKSON AVE. E, STE. 369

OXFORD MS 38655
(662) 234-1971

FedEx Express

E

FRI — 10 JUL 5:00P
STANDARD OVERNIGHT

TUPA 38655
MS–US    MEM

TRK# 8741 4311 4682

XW TUPLG

0399   FRI 07/10   07:11
U.S. DISTRICT COURT, N.D. OF MS
911 JACKSON AVE E
STE 369
OXFORD MS
38655-3622-94

132-5565