**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KEITH ALEXANDER**                                                      **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO.:1:26-CV-123-GHD-RP**

**TISHOMINGO COUNTY, MISSISSIPPI**                                      **DEFENDANT**

**ENTRY OF APPEARANCE**

**NOW COMES** Daniel J. Griffith of the firm Jacks Griffith Luciano, P.A., Attorneys at Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters his appearance as counsel of record for Defendant Tishomingo County, Mississippi.

**RESPECTFULLY SUBMITTED** this the 23rd day of July, 2026.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ *Daniel J. Griffith*
Daniel J. Griffith, MS Bar No. 8366
Attorney for Defendant, Tishomingo County,
Mississippi

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com

## CERTIFICATE OF SERVICE

I, Daniel J. Griffith, attorney of record for Defendant, Tishomingo County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System and U.S. Mail which gave notice to the following:

Keith Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35762
**Plaintiff**

**DATED** this 23rd day of July, 2026.

/s/ ***Daniel J. Griffith***
Daniel J. Griffith