**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **KEITH ALEXANDER** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO.:1:26-CV-123-GHD-RP** |
| **TISHOMINGO COUNTY, MISSISSIPPI** | **DEFENDANT** |

**MOTION TO DISMISS FOR FAILURE TO PROPERLY SERVE PROCESS**

**COMES NOW,** Defendant Tishomingo County, Mississippi (hereinafter "the County"), by and through counsel, and pursuant to Rule 12(b)(5) of the *Federal Rules of Civil Procedure*, respectfully submits its Motion to Dismiss, as follows:

1. Plaintiff Keith Alexander filed suit on July 10, 2026.

2. In his Complaint, Mr. Alexander asserts claims against the County for alleged malicious prosecution, procedural and substantive due process violations, First Amendment retaliation, and municipal liability. Doc. 1. The claims arise out of criminal charges filed against him in Tishomingo Justice Court that Plaintiff contends the County failed to investigate before prosecuting him. Doc. 1 at 1.

3. Ultimately, according to Plaintiff, he was never indicted and the charges were remanded to the file. Doc. 1 at 1-4.

4. Summons issued as to the County on July 10, 2026. Doc. 3.

5. To date, the County has not been properly served a copy of the Summons and Complaint because Plaintiff merely left a copy for the Tishomingo Chancery Clerk at his office.

6. For all of the reasons outlined in the County's Memorandum of Authorities, this suit is due to be dismissed without prejudice.

In support, the County submits the following:

**Exhibit A:** *Affidavit of Chancery Clerk Peyton Cummings*

**WHEREFORE, PREMISES CONSIDERED,** inasmuch as the County was never properly served, this Court should dismiss this cause without prejudice in accordance with Rule 12(b)(5) of the *Federal Rules of Civil Procedure*.

**RESPECTFULLY SUBMITTED** this the 23rd day of July, 2026.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ ***Jessica S. Malone***
Jessica S. Malone, MS Bar No. 102826
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendant, Tishomingo County, Mississippi

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: jmalone@jlpalaw.com
dgriffith@jlpalaw.com
mgriffith@jlpalaw.com

## CERTIFICATE OF SERVICE

I, Jessica S. Malone, attorney of record for Defendant, Tishomingo County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Dismiss for Failure to Properly Serve Process* to be delivered by the ECF Filing System and U.S. Mail which gave notice to the following:

Keith Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35762
**Plaintiff**

**DATED** this 23rd day of July, 2026.

/s/ ***Jessica S. Malone***
Jessica S. Malone