**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KEITH ALEXANDER** **PLAINTIFF**

**v.** **CIVIL ACTION NO.:1:26-CV-123-GHD-RP**

**TISHOMINGO COUNTY, MISSISSIPPI** **DEFENDANT**

**AFFIDAVIT OF CHANCERY CLERK**

**PERSONALLY APPEARED BEFORE ME**, the undersigned authority in aforesaid state and county, Peyton Cummings, who after being first duly sworn on oath, did state:

1. My name is Peyton Cummings. I am over eighteen years of age, and I am a resident of Tishomingo County, Mississippi.
2. I currently serve as the duly-elected Chancery Clerk of Tishomingo County, Mississippi.
3. As part of my state constitutional and statutory duties, I am the clerk to the Tishomingo County Board of Supervisors and serve as an authorized agent to accept service of process for the County.
4. A copy of the Summons and Complaint in this cause were left for me at the chancery clerk's office during business hours when I was away from the office.
5. The Summons and Complaint were left with one of my deputy clerks, Paige Woodruff.
6. Upon my oath, Ms. Woodruff has never been designated as an agent for service of process on behalf of the County.
7. I have not been personally served a copy of the Summons or Complaint in this cause of action.

8. To my knowledge, the President of the Board of Supervisors has likewise not been served with a copy of the Summons and Complaint in this cause.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Further the affiant sayeth not.

Peyton Cummings

**PEYTON CUMMINGS**

SUBSCRIBED AND SWORN before me this 22 day of July, 2026.

Rebecca Dunn

Notary Public

CIRCUIT COURT SEAL TISHOMINGO COUNTY, MS

My Commission Expires 01/01/2028

My commission expires: ______________________