UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL ®

9589 0710 5270 0945 1966 43

RDC 03

Retail

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE PAID
PM
OWENS CROSS ROADS
AL 35763
JUL 01, 2026
$22.60
S2324Y500385-09

U.S. POSTAGE PAID
PM
OWENS CROSS ROADS

38655

PRIORITY ★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

FROM: Keith Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35763

RECEIVED
JUL 16 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

To: Office of Clerk
911 Jackson Ave. E, Ste. 369
Oxford, MS 38655

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



EP14F October 2023
OD: 12 1/2 x 9 1/2

01000014

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

...RATE ENVELOPE
ANY WEIGHT

...ED ■ INSURED



how2recycle.info
PAPER POUCH

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

...very date specified for domestic use.
...ments include $100 of insurance (restrictions apply).
...g® service included for domestic and many international destinations.
...national insurance.**
...ternationally, a customs declaration form is required.
...t cover certain items. For details regarding claims exclusions see the
...ual at http://pe.usps.com.
Mail Manual at http://pe.usps.com for availability and limitations of coverage.