## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**KEITH ALEXANDER**                                                                 **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO.: 1:26-CV-123-GHD-RP**

**TISHOMINGO COUNTY, MISSISSIPPI**                                      **DEFENDANT**

### MOTION TO WITHDRAW MOTION TO DISMISS
### FOR FAILURE TO PROPERLY SERVE PROCESS

**NOW COMES**, Defendant, Tishomingo County, Mississippi, by counsel, and files this its Motion to Withdraw its Motion to Dismiss for Failure to Properly Serve Process **[Doc. 8]** for the following reasons, to-wit:

1.      On July 23, 2026, Defendant filed its Motion to Dismiss for Failure to Properly Serve Process **[Doc. 8]** as at that time, improper service had been had on Defendant County by Plaintiff.

2.      Service has since been perfected on the County by Plaintiff via personal service to Tishomingo County Chancery Clerk Peyton Cummings on July 28, 2026, rendering the pending Motion to Dismiss as moot.

3.      As such, Defendant wishes to withdraw its motion and shall timely file its Answer in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests that it be allowed to withdraw its Motion to Dismiss for Failure to Properly Serve Process **[Doc. 8]**.

**RESPECTFULLY SUBMITTED** this the 4th day of August, 2026.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ *Jessica S. Malone*
Jessica S. Malone, MS Bar No. 102826
Daniel J. Griffith, MS Bar No. 8366
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Defendant, Tishomingo County,
Mississippi

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Fax: 662-843-6176
Email: jmalone@jlpalaw.com
      dgriffith@jlpalaw.com
      mgriffith@jlpalaw.com

### <u>CERTIFICATE OF SERVICE</u>

I, Jessica S. Malone, attorney of record for Defendant, Tishomingo County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Withdraw Motion to Dismiss for Failure to Properly Serve [Doc. 8]* to be delivered by the ECF Filing System which gave notice to the following:

Keith Alexander
7415 Nature Walk Way SE
Owens Cross Roads, AL 35762
**Plaintiff Pro Se**

**DATED** this 4th day of August, 2026.

           /s/ ***Jessica S. Malone***
           Jessica S. Malone