**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KEITH ALEXANDER**                                                   **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO.: 1:26-CV-123-GHD-RP**

**TISHOMINGO COUNTY,**
**MISSISSIPPI**                                                       **DEFENDANT**

### ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW PREVIOUSLY-FILED MOTION

Presently before the Court is the Defendant's motion [14] to voluntarily withdraw its previously filed motion to dismiss [8]. Upon due consideration, the Court finds that the motion to withdraw should be granted and the previously filed motion to dismiss should be withdrawn.

The Defendant previously filed a motion to dismiss [8]. It has now filed a motion [14] to voluntarily withdraw its previous motion, which the Court shall grant.

THEREFORE, the Court hereby ORDERS that the Defendant's motion to voluntarily withdraw [14] is GRANTED, and the Defendant's motion to dismiss [8] is WITHDRAWN and MOOT.

SO ORDERED, this, the _6_ day of August, 2026.

_____
SENIOR U.S. DISTRICT JUDGE