Criminal Notice (N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
### NORTHERN DISTRICT OF MISSISSIPPI

KEITH ALEXANDER             PLAINTIFF

V             CASE NO. 1:26-CV-123-GHD-RP

TISHOMINGO COUNTY, MISSISSIPPI             DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

**Place**
UNITED STATES FEDERAL BLDG.
301 WEST COMMERCE STREET
ABERDEEN, MISSISSIPPI

**Room No.**
COURTROOM NO. 2 – THIRD FLOOR
**Date and Time**
MONDAY, SEPTEMBER 27, 2027, 9:30 A.M.

**Type of Proceeding**

### NON-JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON.

DANIEL B. McHUGH, Clerk of Court

BY: _/s/ *Terrie L. Reed*_____
     Courtroom Deputy

Date: August 12, 2026

Electronic Notice To:
     Counsel of Record

### CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS.
**Judge_davidson@msnd.uscourts.gov**
**662.369.6486**