DNotice (N.D.Miss.1990)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KEITH ALEXANDER** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 1:26-CV-123-GHD-RP**

**TISHOMINGO COUNTY, MISSISSIPPI** **DEFENDANTS**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

| ***Place*** | ***Room No.*** |
|---|---|
| U.S. FEDERAL BLDG.<br>Oxford, MS | |
| | ***Date and Time***<br>October 15, 2026, at 10:00 a.m. |

---

***Type of Proceeding***

**TELEPHONIC STATUS CONFERENCE**
**UNITED STATES MAGISTRATE JUDGE ROY PERCY**

**Parties are instructed to call the conference line at 662-305-1900, Conference ID 893 630 365**

---

DANIEL MCHUGH
Clerk of Court

/s/ Rebekah Capps
Courtroom Deputy

Date: October 13, 2026

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**